No. 1382. EL PUEBLO, APELADO, v. MARTÍNEZ, APELANTE.— Escalamiento en primer grado. San Juan, Sección 2ª. Abril 7, 1919. *Confirmadas las sentencias.*

' No. 1934. WOLKERS NEE MASSON, APELANTE, v. MASSON, APELADO.—Divorcio. (*Litis Expensas.*) San Juan, Sección 2ª. Abril 7, 1919. *Revocada la orden disponiendo la entrega de $200 al demandado:*

No. 1979. PADILLA, APELADO, v. AMERICAN RAILROAD COMPANY, APELANTE.—Daños y perjuicios. Mayagüez. Abril 10, 1919. *Desistida la apelación.*

No. . PÉREZ ACOSTA, APELADO, v. RIVERO ET AL., APELANTES.—*Injunction.* San Juan, Sección 1ª. Abril 11, 1919. *Desistida la apelación.*

No. . GARCÍA, APELADO, v. CAPELLA, APELANTE.—Divorcio. San Juan, Sección 1ª. Abril 24, 1919. *Desestimada.*

No. 1388. EL PUEBLO, APELADO, v. JEFFERSON, APELANTE.— Abuso de confianza. Ponce. Abril 25, 1919. *Confirmada.*

No. 2013. PACHECO ET AL., APELANTES, v. ZALDUONDO ET AL., APELADOS.—Rendición de cuentas. Humacao. Mayo 2, 1919. *Con lugar la moción de desestimación.*

No. 1364. EL PUEBLO, APELADO, v. NIEVES, APELANTE.— Adulteración de leche. San Juan, Sección 2ª. Mayo 2, 1919. *Resuelto por los fundamentos del caso No. 1380, El Pueblo v. Camuñas, (pág. 311). Revocada y absuelto el acusado.*

No. 1372. EL PUEBLO, APELADO, v. CARATTINI, APELANTE.— Adulteración de la leche. Guayama. Mayo 2, 1919.

No. 1376. EL PUEBLO, APELADO, v. POMALES, APELANTE.— Adulteración de la leche. Guayama. Mayo 2, 1919. *Confirmadas las sentencias.*

No. 1383. EL PUEBLO, APELADO, v. CÓRDOVA, APELANTE.— Infracción del artículo 288 del Código Penal. San Juan, Sección 2ª. Mayo 2, 1919. *Revocada y absuelto el acusado.*

No. 1358. EL PUEBLO, APELADO, v. MOLINA, APELANTE.— Infracción del artículo 87 del Código Penal. Humacao, Mayo 23, 1919. *Confirmada.*